■ The People of the State of New York, Respondent, v Malcolm E. Williams, Also Known as Midnight, Appellant. [958 NYS2d 846]—

Appeal from a judgment of the Monroe County Court (Frank P. Geraci, Jr., J.), rendered October 8, 2008. The judgment convicted defendant, upon a jury verdict, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him, following a jury trial, of manslaughter in the first degree (Penal Law § 125.20 [1]). County Court properly determined that the 15-year-old defendant was not in custody when he made incriminating statements. The evidence presented at the suppression hearing established that defendant approached police officers who responded to a call reporting a fight and asked them for protection. He voluntarily entered a police vehicle and told the police that he had information about a murder. When the police and defendant arrived at the Public Safety Building, defendant was taken to a witness reception area that had couches and a desk; he was not handcuffed; he used a restroom and was provided with a drink; and he was not asked any accusatory questions (*see People v Kelley*, 91 AD3d 1318, 1318 [2012], *lv denied* 19 NY3d 963 [2012]). Furthermore, the police contacted defendant's mother by telephone in his presence, and he was aware that an officer left the building to pick up his mother and his older brother (*see generally* CPL 140.20 [6]). The suppression court's resolution of the issue whether defendant was in custody "must be accorded great weight" (*Kelley*, 91 AD3d at 1318) and, contrary to defendant's contention, we conclude that a reasonable 15-year-old, innocent of any crime, would not have felt that his or her freedom was restricted (*see Matter of Rennette B.*, 281 AD2d 78, 85-86 [2001]; *cf. Matter of Ricardo S.*, 297 AD2d 255, 256 [2002]; *see generally People v Yukl*, 25 NY2d 585, 589 [1969], *cert denied* 400 US 851 [1970]). Present—Scudder, P.J., Peradotto, Carni, Whalen and Martoche, JJ.